IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ERIC WARE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-468-GPM** |
| | ) |
| **ALAN UCHTMAN, et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff Ware's "Motion for Entry of Default and Recovery of Service Expenses." **(Doc. 13)**. Plaintiff requests entry of default relative to defendants Schorn and Prange. Plaintiff prays for "$850.00 in service expenses for the filing of his motion, and the relief requested in the body of the complaint."

A review of the record reveals that plaintiff's motion was filed approximately one month before defendants Schorn and Prange's responsive pleadings were due. (*See* **Docs. 11 and 12**). Accordingly, the Clerk of Court declined to enter default. **(Doc. 14).** Therefore, plaintiff's motion for recovery of expenses and/or any sort of judgment amount, is moot.

**IT IS THEREFORE ORDERED** that plaintiff's motion for recovery of "service expenses" **(Doc. 13)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATE: March 13, 2008**            s/ Clifford J. Proud
                                    **CLIFFORD J. PROUD**
                                    **UNITED STATES MAGISTRATE JUDGE**